## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-313(4) (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Seth Paul Neel, | |
| Defendant. | |

Andrew R. Winter and Steven L. Schleicher, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

David Izek, Esq., Altman & Izek, counsel for Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 28, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained through search and seizure (Doc. No. [196]) is **DENIED**.

Dated:  May 18, 2011         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge